UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK G. GEFROM,<br><br>                            Plaintiff,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY, d/b/a AT&T COMMUNICATIONS OF CALIFORNIA, INC.; and DOES 1 through 50, inclusive,<br><br>                           Defendants. | Case No.: 15cv2079 JM (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS CASE WITH PREJUDICE** |

     On February 10, 2017, Plaintiff Mark Gefrom and Defendant Pacific Bell Telephone Company jointly moved for an order dismissing this action in its entirety, with prejudice, as to all defendants and all causes of action pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).  (Doc. No. 21.)  For good cause shown, the court grants the motion and dismisses this action in its entirety, with prejudice.  The Clerk of Court is directed to close the file.

     IT IS SO ORDERED.

DATED:  February 13, 2017

                                                                           JEFFREY T. MILLER<br>
                                                                           United States District Judge